

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE COMMITMENT OF ANTHONY CORDOVA, | § | No. 08-18-00220-CV |
| | § | Appeal from the |
| Appellant. | § | 205th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2017DCV4050) |
| | § | |

# **O R D E R**

The Court GRANTS Jo-Anne Hilverding's request for an extension of time within which to file the Reporter's Record until **April 22, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Jo-Anne Hilverding, Official Court Reporter for the 205th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before April 22, 2019.

IT IS SO ORDERED this 22nd day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.